**Law Offices**
# Whiteman, Bankes & Chebot, LLC

Jeffrey M. Chebot***

Jessie J. Sollog*

Paul J. Bankes, Jr. **
Counsel to the Firm

Roger M. Whiteman
Retired

*Member of PA Bar
**Member of PA and NY Bars
***Member of PA, NJ and NY Bars
Email: jchebot@wbc-lawyers.com

Suite 210
Constitution Place
325 Chestnut Street
Philadelphia, PA 19106

215-829-0014
Facsimile: 215-829-0059

New Jersey Offices
Laurel Corporate Center
8000 Midlantic Drive
Suite 300 South
Mt. Laurel, NJ 08054

**MEMO ENDORSED**

May 25, 2021

**VIA CM/ECF**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 0007

> Application granted. The June 9, 2021 ICMC is hereby adjourned *sine die*. Plaintiff is directed to refer to the Individual Rules of Judge Woods regarding motions for a default judgment. Plaintiff is directed to serve a copy of this Order on the Defendant and file proof of service within 7 days of this Order. ECF 12 resolved. SO ORDERED.
>
> /s/ Ona T. Wang   May 26, 2021
> U.S.M.J.

Re: **Tanoili Avocados, LLC v. Produce Tech Giants, LLC**, United States District Court, Southern District of New York, Case No.: 1:21-cv-3642-GHW-OTW

Re: **Defendant's Default**

Dear Judge Wang:

We represent the plaintiff, Tanoili Avocados, LLC, ("Tanoili") in the above-captioned case. Your Honor, on April 28, 2021, entered the Initial Case Management Conference Order (Doc. 7), scheduling an Initial Pretrial Conference on June 9, 2021, at 10:00 a.m., and directing counsel to conduct a Rule 26(f) conference, comply with Rule 26(a) initial disclosure obligations, and, by June 2, 2021, file a Report of Rule 26(f) Meeting and Proposed Case Management Plan.

Defendant Produce Tech Giants LLC ("PTG"), however, has failed to answer or otherwise respond to Tanoili's Complaint. Consequently, today, upon Tanoili's filed request (Docs. 9, 10 and 10-1), the clerk noted sole defendant PTG's default of record (Doc. 11).

In light of these developments, plaintiff Tanoili respectfully requests that this Honorable Court relieve Tanoili from the obligation to comply with the terms of the April 28, 2021, Initial Case Management Conference Order.

Respectfully submitted,

*/s/ Jeffrey M. Chebot*
Jeffrey M. Chebot